UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHRISTOPHER MICHAEL MACFARLAND, | Case No. 25-cv-05097-JST |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | Re: ECF No. 18 |
| JAMES HILL, | |
| Defendant. | |

Petitioner Christopher MacFarland filed this habeas action on June 12, 2025. ECF No. 1. He was represented by Michael Hayden and Tamara Zivot, attorneys for Unite the People, an organization based in Long Beach. *Id.* On August 23, 2025, Attorney Michael Hayden moved to withdraw as counsel, explaining that his employment with Unite the People had terminated. ECF No. 9 at 1. The motion indicated that MacFarland did not oppose Hayden's withdrawal. *Id*. at 2. The Court granted Hayden's request, reasoning that MacFarland remained represented by Attorney Zivot. ECF No. 17 at 2.

Attorney Zivot did not appear at the case management conference held on September 23, 2025. ECF No. 15. Before the Court granted Hayden's motion to withdraw, it updated Zivot's mailing address to match the address listed on the California State Bar website. It also updated her email address to one publicly available on the internet. The motion to withdraw, which was mailed and emailed to Zivot at those addresses, indicated that the Court expected her to appear at an additional case management conference scheduled for November 18, 2025. ECF No. 17 at 2. Although Zivot remains listed on the docket and continues to represent MacFarland, she did not appear at that case management conference. ECF No. 18.

Attorney Tamara Joan Zivot is ORDERED TO SHOW CAUSE why monetary sanctions

should not be imposed against her for her failure to appear at the case management conference held on November 18, 2025.  Fed. R. Civ. P. 16(f)(1)(A); *see Pac. Radiation Oncology, LLC v. Queen's Med. Ctr.*, 47 F. Supp. 3d 1069, 1079 (D. Haw. 2014) (district court may impose sanctions for deliberate violation of court order), *aff'd,* 810 F.3d 631 (9th Cir. 2015).  A written response to this order is due December 11, 2025.  The Court will conduct a hearing on the order to show cause on January 20, 2026 at 2 p.m.

**IT IS SO ORDERED.**

Dated:  November 20, 2025



JON S. TIGAR
United States District Judge